No. 23-30227

_____

**UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

_____

JEFFERSON PARISH; LOUISIANA STATE, EX REL PARISH OF JEFFERSON,

*Plaintiffs-Appellees*,

LOUISIANA STATE, THROUGH THE DEPARTMENT OF NATURAL RESOURCES, OFFICE OF COASTAL MANAGEMENT AND ITS SECRETARY, THOMAS F. HARRIS; LOUISIANA STATE, EX REL. JEFF LANDRY ATTORNEY GENERAL

*Intervenors-Appellees*,

v.

EXXON MOBIL CORPORATION, NAMED AS SUCCESSOR IN INTEREST TO EXXON CORPORATION, THE SUPERIOR OIL COMPANY, AND HUMBLE OIL AND REFINING COMPANY; LOUISIANA LAND AND EXPLORATION COMPANY, L.L.C., NAMED AS SUCCESSOR IN INTEREST TO THE LOUISIANA LAND AND EXPLORATION COMPANY; CHEVRON USA HOLDINGS, INCORPORATED, NAMED AS SUCCESSOR IN INTEREST TO TEXACO, INCORPORATED; CHEVRON USA, INCORPORATED, NAMED AS SUCCESSOR IN INTEREST TO THE CALIFORNIA COMPANY; UNION OIL COMPANY OF CALIFORNIA, NAMED AS SUCCESSOR IN INTEREST TO UNION EXPLORATION PARTNERS, LIMITED; TEXAS COMPANY; CHEVRON PIPE LINE COMPANY, NAMED AS SUCCESSOR IN INTEREST TO GULF REFINING COMPANY,

*Defendants-Appellants.*

_____

On appeal from the United States District Court for the
Eastern District of Louisiana (Fallon, J.)
No. 2:18-cv-05242

_____

**UNOPPOSED MOTION TO STAY BRIEFING**

_____

COUNSEL LISTED ON INSIDE COVER

PETER D. KEISLER
    Counsel of Record
RYAN C. MORRIS
JENNIFER J. CLARK
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8011

ALEXANDRA WHITE
ERIC J. MAYER
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

CHARLES S. MCCOWAN III
PAMELA R. MASCARI
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802

MICHAEL R. PHILLIPS
CLAIRE E. JUNEAU
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112

***Counsel for Chevron U.S.A., Inc., Chevron U.S.A.
Holdings, Inc., The Texas Company, Chevron Pipe
Line Company, and Union Oil Company of California***

ROBERT B. MCNEAL
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, LA 70139

MICHAEL P. CASH
LISKOW & LEWIS
First City Tower
1001 Fannin St.
Houston, Texas 77002-6756

JAMIE D. RHYMES
LISKOW & LEWIS
1200 Camelia Blvd. Suite 300
Lafayette, Louisiana 70508

MARTIN A. STERN
GLEN M. PILIE
JEFFREY E. RICHARDSON
ALEXANDRA LAMB
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139

**Counsel for Exxon Mobil Corporation**

DEBORAH D. KUCHLER
MICHELE HALE DESHAZO
KUCHLER POLK WEINER LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112

**Counsel for The Louisiana Land and Exploration
Company LLC**

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**A. Defendants-Appellants**

> 1. Chevron U.S.A. Inc.
> 2. Chevron U.S.A. Holdings Inc.
> 3. The Texas Company
> 4. Chevron Pipe Line Company
> 5. Union Oil Company of California
> 6. Exxon Mobil Corporation
> 7. The Louisiana Land and Exploration Company LLC

**B. Attorneys for Defendants-Appellants**

> 1. For Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., The Texas Company, Chevron Pipe Line Company, Union Oil Company of California:

> > Peter D. Keisler
> > pkeisler@sidley.com
> > Virginia Seitz
> > vseitz@sidley.com
> > Ryan Morris
> > rmorris@sidley.com
> > Jennifer J. Clark
> > jennifer.clark@sidley.com
> > Kathleen Mueller
> > kmueller@sidley.com
> > SIDLEY AUSTIN LLP
> > 1501 K Street, NW
> > Washington, DC 20005
> > Telephone: (202)736-8000
> > Facsimile: (202) 736-8111

i

Alexandra White
Eric J. Mayer
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

Charles S. McCowan III
Pamela R. Mascari
KEAN MILLER LLP
II City Plaza
400 Convention St., Suite 700
Post Office Box 3513 (70821)
Baton Rouge, Louisiana 70802

Michael R. Phillips
Claire E. Juneau
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112

2. For Exxon Mobil Corporation:

Robert B. McNeal
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, LA 70139

Michael P. Cash
LISKOW & LEWIS
First City Tower
1001 Fannin St.
Houston, Texas 77002-6756

Jamie D. Rhymes
LISKOW & LEWIS
1200 Camelia Blvd. Suite 300
Lafayette, Louisiana 70508

        Martin A. Stern
        Glen M. Pilie
        Jeffrey E. Richardson
        Alexandra Lamb
        ADAMS AND REESE LLP
        701 Poydras Street, Suite 4500
        New Orleans, Louisiana 70139

3. For The Louisiana Land and Exploration Company LLC

        Deborah D. Kuchler
        Michele Hale DeShazo
        KUCHLER POLK WEINER LLC
        1615 Poydras Street, Suite 1300
        New Orleans, LA 70112

## C. Plaintiffs-Appellees

   1.  Jefferson Parish
   2.  Louisiana State ex rel., Parish of Plaquemines
   2. The State of Louisiana ex rel., Jeff Landry, Attorney General (Plaintiff-Intervenor)
   3. The State of Louisiana, through the Louisiana Department of Natural Resources Office of Coastal Management and its Secretary, Thomas F. Harris (Plaintiff-Intervenor)

## D. Attorneys for Plaintiffs-Appellees

   1. For the Parish of Plaquemines:

        Brian T. Carmouche (#30430)
        bcarmouche@tcmlawfirm.net
        Donald T. Carmouche (#2226)
        dcoffice@tcmlawfirm.net
        John H. Carmouche (#22294)
        jcarmouche@tcmlawfirm.net
        Victor L. Marcello (#9252)
        vmarcello@tcmlawfirm.net
        William R. Coenen, III (#27410)
        wcoenen@tcmlawfirm.net

Todd J. Wimberley (#34862)
twimberley@tcmlawfirm.net
Ross J. Donnes (#33098)
rdonnes@tcmlawfirm.net
D. Adele Owen (#21001)
aowen@tcmlawfirm.net
Leah C. Poole (#35092)
lpoole@tcmlawfirm.net
Christopher D. Martin (#30613)
chrismartin@tcmlawfirm.net
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, Louisiana 70810
Telephone: (225) 400-9991
Facsimile: (225) 448-2568

Chad E. Mudd
David P. Bruchhaus
M. Keith Prudhomme
Matthew P. Keating
Wesley Alan Romero
MUDD & BRUCHHAUS, L.L.C.
410 E. College Street
Lake Charles, LA 70605

2. For the State of Louisiana ex rel., Jeff Landry, Attorney General:

Steven B. Jones
Ryan M. Seidmann (#28991)
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6085
Facsimile: (225) 326-6099

3. For the State of Louisiana, through the Louisiana Department of Natural Resources Office of Coastal Management and its Secretary, Thomas F. Harris:

iv

J. Blake Canfield (#30426)
blake.canfield@la.gov
Donald W. Price (#19452)
donald.price@la.gov
LOUISIANA DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, Louisiana 70804
Telephone: (225) 342-2170
Facsimile: (225) 342-5861

## E. Entities with a Financial Interest:

The following are not parties in this matter but may have a financial interest in the outcome of the litigation.

See Exhibit A.

## F. Federal Rule of Appellate Procedure 26.1:

Defendants-Appellants disclose as follows:

Chevron U.S.A. Inc., Chevron U.S.A. Holdings Inc., Chevron Pipe Line Company, and Union Oil Company of California are indirectly wholly owned subsidiaries of Chevron Corporation, a publicly traded company (NYSE: CVX).

The Texas Company is the former name of Texaco Inc., an indirect wholly owned subsidiary of Chevron Corporation.

Exxon Mobil Corporation is a publicly traded company (NYSE: XOM) and has no parent corporation. There is no publicly held corporation (domestic or foreign) that owns ten percent (10%) or more of ExxonMobil's stock.

The Louisiana Land and Exploration Company LLC is a Maryland limited liability company which is a wholly-owned subsidiary of Burlington Resources Trading LLC. Burlington Resources Trading LLC is a wholly-owned subsidiary of Burlington Resources Oil & Gas Company LP. Burlington Resources Oil & Gas Company LP's sole general partner is BROG GP LLC, and its sole limited partner is BROG LP LLC. The sole member of both BROG GP LLC and BROG LP LLC is Burlington Resources LLC. Burlington Resources LLC is a wholly-owned subsidiary of ConocoPhillips Company. ConocoPhillips Company is a wholly-

owned subsidiary of ConocoPhillips, a publicly traded company, traded on the NYSE under the stock symbol COP.

Dated: April 26, 2023

/s/ Peter D. Keisler
Peter D. Keisler

CERTIFICATE OF INTERESTED PERSONS
Exhibit A

AK Steel Corporation
AK Steel Holding Corporation
AKS Investments, Inc.
Alpine Exploration Companies, Inc.
American Petrofina, Inc.
American Trading & Production
  Corporation
Aminoil of Louisiana, Inc.
Aminoil USA, Inc.
Anadarko Consolidated Holdings
  LLC
Anadarko E&P Onshore LLC
Anadarko Petroleum Corporation
Anadarko USH1 Corporation
Anderson Exploration Company,
  Incorporated
Anderson Operating Company, L.L.C.
Apache Oil Corporation
Apollo Global Management LLC
Armco Financial Services
  International, Ltd.
Atlantic Richfield Company
Baby Oil, Inc.
Badger Marine Corporation
Badger Oil Corporation
BASF Corporation
Bay Coquille, Inc.
BEPCO Genpar, L.L.C.
BEPCO, L.P.
Bevo Partners, LP
BHP Billiton Limited
BHP Billiton Petroleum (North
  America), Inc.
BlackRock, Inc.
BOPCO, L.P.
BOPCO, LLC
BP America Production Company

BP Products North America Inc.
Brammer Engineering, Inc.
Brammer Holdings, L.L.C.
Bridget Dinvaut, District Attorney
BROG GP LLC
BROG LP LLC
Burlington Resources LLC
Burlington Resources Oil & Gas
  Company LP
Burlington Resources Trading LLC
Callon Offshore Production, Inc.
Callon Petroleum Company
Callon Petroleum Operating Company
Cambridge Energy Corporation
Camex Operating Company
Camex, Inc.
Campbell Energy Corporation
CanadianOxy Offshore Production
  Co.
Canlan Oil Company
Caskids Operating Company
Castex Energy, Inc.
Cedyco Corp.
CenterPoint Energy Houston
Electric, LLC
CenterPoint Energy Resources
Corporation
CenterPoint Energy, Inc.
Central Resources, Inc.
Centurion Exploration Company,
  LLC
Century Exploration New
Orleans, LLC
Chevron Corporation
Chevron USA Holdings Inc.
Chevron Pipeline Co.
China National Offshore Oil

Corporation
Citizens Communications Company
Clayton Williams Energy, Inc.
CNOOC Limited
Columbia Gulf Transmission, L.L.C.
Condor Petroleum Corporation
Conley P. Smith Operating Company
Conley P. Smith, L.L.C.
Conoco, Inc.
ConocoPhillips Company
Continental Oil Company
Covey Energy, Inc.
Cox Operating, L.L.C.
Craig J. Sceroler, Inc.
Crimson Exploration Operating, Inc.
Cypress E&P Corporation
Davis Oil Company
Davis Petroleum Company
Davis Petroleum Corp.
Denbury Onshore, LLC
Denbury Resources Inc.
Denovo Oil & Gas, Inc.
Department of Natural Resources
Devon Energy Corporation
Devon Energy Production Company,
   L.P.
Devon Energy Production, L.P.
Diasu Oil & Gas Co., Inc.
Diasu Oil and Gas Company, Inc.
Dimension Energy Company, LLC
Dominion Oklahoma Texas
Exploration & Production, Inc.
Dominion Resources, Inc.
Edwin L. Cox
Enable Midstream Partners, LP
Enable Oklahoma Intrastate
Transmission, LLC
Endeavor Energy Resources, L.P.
Energen Corporation
Energen Resources Corporation

Energy Properties, Inc.
Energyquest II, LLC
Enertec Exploration, Inc.
EnerVest Operating, L.L.C.
EnerVest, Ltd.
EP Energy Corporation
EP Energy E&P Company, L.P.
Equitable Petroleum Corporation
Estate of William G. Helis
Exchange Oil & Gas Corporation
Expert Oil & Gas, LLC
ExxonMobil Exploration and
   Production South, Inc.
Exxon Mobil Corp.
ExxonMobil South Holdings, Inc.
FMP Operating Company Limited
   Partnership
Franks Exploration Company, L.L.C.
Freeport-McMoRan Copper & Gold
   Inc.
Freeport-McMoRan Inc.
Freeport-McMoRan Oil & Gas
   Company
Freeport-McMoRan Oil & Gas LLC
Frontier Communications Corporation
Gary Energy Corporation
Gas Transportation Corporation
General American Oil Company of
   Texas
Gerald A. Boelte
Goodrich Oil Company
Great Southern Oil & Gas Co., Inc.
Green Wilson Hicks, III
Gulf Coast Crude Oil & Gas
   Company, Inc.
Gulf Exploration Company, Inc.
Gulf Production Company, Inc.
Gulf South Operators, Inc.
Helis Oil & Gas Company, L.L.C.
Henry Production Company, Inc.

Hess Corporation
HHE Energy Company
Hilliard Petroleum Inc.
HK Energy, LLC
HKN, Inc.
HPC Acquisition Corporation
Hunt Consolidated
Hydrocarbons, L.L.C.
Hunt Consolidated, Inc.
Hunt Oil Company
Iberia Operating Corporation
Indian Exploration, Inc.
Inexco Oil Company
J.A. Seglund, Inc.
Janex Oil Company, Inc.
Jones Company, Ltd.
June Energy, Inc.
Kenmore Oil Co.
Kenmore Oil Co., Inc.
Kerr-McGee Worldwide Corporation
Keystone Group, L.P.
Kilroy Company of Texas, Inc.
Kinder Morgan Energy Partners, L.P.
Kinder Morgan G.P., Inc.
Kinder Morgan Operating L.P. "A"
Kinder Morgan, Inc.
King W. Lanaux
La Mesa Production Inc.
Lake Washington, Inc.
Lanoco, Inc.
Lastrada Oil & Gas Limited
Latex-Star Inc.
Leads Resources, L.L.C.
Legal Oil Company
LGS Natural Gas Company
LLOG Exploration & Production
    Company, L.L.C.
LLOG Exploration Company, L.L.C.
LLOG Holdings, L.L.C.
LMBI, L.P.

LOPCO, Inc.
Louisiana Crude Oil & Gas Company,
    Inc.
Louisiana Energy Production, L.L.C.
Louisiana Exploration & Drilling
    Company
Lyons Petroleum, Inc.
Manti Exploration Operating LLC
Mar-low Corporation
Marquee Corporation
Marsh Engineering, Inc.
McCormick Operating Company
McMoRan Exploration Company
McMoRan Oil & Gas LLC
McMoRan Production Company
Meridian Oil, Inc.
Merit Energy Company, LLC
Merit Energy Management, L.P.
Mineral Ventures, Inc.
Mobil Corporation
Mobil Exploration and Producing
North America Inc.
Mobil Oil Exploration & Producing
    Southeast, Inc.
Mosaic Global Holdings Inc.
Mosbacher Energy Company
Mosbacher U.S.A., Inc.
National Fuel Gas Company
Nazuni Partners, L.P.
NBL Permian L.L.C.
Nerco Oil & Gas, Inc.
Nexen Energy ULC
Nexen Holdings U.S.A., Inc.
Noble Energy, Inc.
Norcen Explorer, Inc.
Northcoast Oil Company
Northwest Oil Company
Occidental Oil & Gas Holding
    Corporation
Occidental Petroleum Corporation

OGE Energy Corp.
Oleum Operating Company, L.C.
O'Meara, L.L.C.
OPMI Operating Company
OXY USA Inc.
Oxy USA, Inc.
Pacific Enterprises Oil Company
Pacific Enterprises Oil Company
  (USA)
Palace Exploration Company
Palace Operating Company
Palm Energy Offshore, L.L.C.
Paxton Oil Company, LLC
PCS Phosphate Company, Inc.
Petrohawk Energy Corporation
Petro-Hunt Holdings, LLC
Petro-Hunt, L.L.C.
PetroQuest Energy, Inc.
PetroQuest Energy, L.L.C.
Phillips Oil Company
Phillips Petroleum Company
Phoenix Petro Services LLC
Pioneer Natural Resources Company
Pioneer Natural Resources USA, Inc.
Potash Corporation of Saskatchewan,
  Inc.
Resources Investment Corporation
RIPCO, LLC
RME Petroleum Company
Rogers Oil Company
Royal "T" Oil Co., Inc.
Royal Dutch Shell plc
Sable Minerals, Inc.
Sempra Energy
Seneca Resources Corporation
Shell Energy Holding GP LLC
Shell Offshore, Inc.
Shell US E&P Investments LLC
Shell USA, Inc.
Shocker Energy of Louisiana, Inc.

Shoreline Southeast LLC
SM Energy Company
Smith Production Company of
  Mississippi
SOI Finance Inc.
Source Petroleum, Inc.
Southport Exploration Inc.
Southwestern Energy Company
Spartan Minerals, Ltd.
SRBI, L.P.
Stone Energy Corporation
Strata Energy, Inc.
Sun Exploration & Production
  Company
SWEPI LP
SWN Production Company, LLC
Talos Energy, Inc.
Talos Energy, L.L.C.
Talos Petroleum, L.L.C.
Talos Production, L.L.C.
Tennessee Gas Pipeline Company,
  L.L.C.
Terry Gottberg
Texaco Inc.
The Anschutz Corporation
The Gayden 2002 Family Trust
The Louisiana Land and Exploration
  Company
The Louisiana Land and Exploration
  Company LLC
The Meridian Resource &
  Exploration LLC
The Mosaic Company
The Stone Petroleum Corporation
The Texas Company
The Williams Companies, Inc.
The Yuma Companies, Inc.
Thur Line, L.P.
Toce Energy, L.L.C.
Todd Oil Corporation of Louisiana

Total Petrochemicals & Refining
  USA, Inc.
TOTAL S.A. of France
Tradition Resources II, LLC
Transco Exploration Company
Turnkey Oilfield Contractors, Inc.
U.S. Oil & Gas, Inc.
U.S. Oil of Louisiana, Inc.
Union Oil Company of California
Union Pacific Resources Company
Universal Music Group, Inc.
Vintage Petroleum, LLC
Virgin Offshore, U.S.A., Inc.
VirTex Petroleum Company, L.L.P.
Vivendi Holding I LLC
Vivendi SA
Wagner Oil Company
Walter Oil & Gas Corporation
WEC Onshore, LLC
White Oak Operating Company, LLC
Whiting Oil and Gas Corporation
Whiting Petroleum Corporation
William Herbert Hunt Trust Estate
Williams Exploration Company
Williams Petroleum Services, LLC
XH, LLC
Xplor Energy Operating Company
XTO Energy Inc.
XTO Energy, Inc.
Yuma Energy, Inc.
Yuma Exploration and Production
  Company, Inc.
Yuma Petroleum Company
Zadeck Energy Group, Inc.
Zenergy, Inc.

## STATEMENT PURSUANT TO FIFTH CIRCUIT RULE 27.4

Defendants-Appellants have contacted all other parties regarding this motion. Counsel for Plaintiffs-Appellees and for Intervenors-Appellees have indicated that they consent to this motion.

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS ..........................................................i

STATEMENT PURSUANT TO FIFTH CIRCUIT RULE 27.4 .......................... xii

TABLE OF AUTHORITIES ......................................................................xiv

MOTION TO STAY BRIEFING ............................................................1

CONCLUSION .....................................................................................7

# TABLE OF AUTHORITIES

**Page(s)**

## Cases

*Latiolais v. Huntington Ingalls, Inc.*,
   951 F.3d 286 (5th Cir. 2020) ..................................................................4

*Par. of Plaquemines v. Chevron USA, Inc.*,
   7 F.4th 362 (5th Cir. 2021) ....................................................................4

*Par. of Plaquemines v. Riverwood Prod. Co.*,
   No. CV 18-5217, 2022 WL 101401 (E.D. La. Jan. 11, 2022)..............4

*Plaquemines Par. v. Chevron USA. Inc.*,
   No. 22-30055, 2022 WL 9914869 (5th Cir. Oct. 17, 2022), *cert.
   denied*, *Chevron USA, Inc. v. Plaquemines Par.*, No. 22-715, 2023
   WL 2227757 (U.S. Feb. 27, 2023) ................................................4, 5

*Watson v. Phillip Morris Cos.*,
   551 U.S. 142 (2007)...............................................................................5

## Statutes

28 U.S.C. § 1442(a)(1)...........................................................................3, 5

La. Rev. Stat. § 49:214.34(C)(2).................................................................3

**CONSENT MOTION TO STAY BRIEFING**

This is an appeal of an order by the District Court for the Eastern District of Louisiana, remanding to state court a lawsuit in which Plaquemines Parish and the State of Louisiana seek to hold the defendant oil companies liable for production practices going back for decades. This Court recently granted consent motions to stay three appeals that involve the same circumstances presented here. *See* Order, *Plaquemines Par. v. Chevron USA, Inc.*, No. 23-30153 (Apr. 5, 2023); Order, *Plaquemines Par. v. Chevron USA Holdings, Inc.*, No. 23-30156 (Apr. 6, 2023); Order, *Plaquemines Par. v. Exxon Mobil Corp.*, No. 23-30188 (Apr. 19, 2023). The parties respectfully request that the Court do so again here.

Defendants-Appellants maintain that they are entitled to defend this case in federal court because the Plaintiffs' theory of liability targets oil production related to their fulfillment of federal contracts for refined petroleum products under the direction of federal officers during World War II ("WWII"). The District Court disagreed. It stated that although "Defendants may have refined oil under color of federal office," the Court was "unconvinced . . . that [their] oil production activities were sufficiently related to those actions taken under federal directive to satisfy the requirements of 28 U.S.C. § 1442."[1]

---

[1] Order and Reasons at 7, *Par. of Jefferson v. Equitable Petroleum Corp.*, No. 18-cv-5242 (E.D. La. April 4, 2023), ECF No. 78.

The Removing Defendants have appealed because they believe the facts in this case give rise to federal-officer jurisdiction. Plaintiffs disagree, but the parties have agreed that this appeal should be stayed. The question of federal-officer jurisdiction presented in this case turns on whether there is federal-officer jurisdiction in a set of related cases in the Eastern District of Louisiana against the Removing Defendants (the "Related Refinery Cases").[2] If the issue of jurisdiction in those Related Refinery Cases is finally resolved against Removing Defendants, the Removing Defendants will dismiss this appeal and there will be no need to decide this case.

Considering the above, all parties respectfully request that, in order to preserve the resources of this Court and of the parties, briefing of this appeal be

---

[2] The Related Refinery Cases are as follows: (1) *Par. of Plaquemines v. Rozel Operating Co.*, 2:18-CV-05189; (2) *Par. of Jefferson v. Destin Operating Co.*, 2:18-CV-05206; (3) *Par. of Plaquemines v. Exch. Oil & Gas Corp.*, 2:18-CV-05215; (4) *Par. of Jefferson v. Chevron U.S.A. Holdings Inc.*, 2:18-CV-05224; (5) *Par. of Plaquemines v. Great S. Oil & Gas Co.*, 2:18-CV-05227; (6) *Par. of Plaquemines v. Northcoast Oil Co.*, 2:18-CV-05228; (7) *Par. of Plaquemines v. Devon Energy Prod. Co., L.P.*, 2:18-CV-05234; (8) *Par. of Plaquemines v. Apache Oil Corp.*, 2:18-CV-05240; (9) *Par. of Jefferson v. Atl. Richfield Co.*, 2:18-CV-05246; and (10) *Par. of Plaquemines v. Total Petrochemicals & Refin. USA, Inc.*, 2:18-CV-05256. The District Court has issued orders remanding in *Destin*, *Exch. Oil & Gas Corp.*, *Great S. Oil & Gas Co.*, *Northcoast Oil Co.*, *Total Petrochemicals*, and *Atl. Richfield*, *supra.* Defendants' appeal in *Destin* has been docketed in this Court. *See Jefferson Par. v. Chevron USA Holdings, Inc.*, No. 23-30225. Defendants intend to file notices of appeal to this Court in the other cases.

stayed pending final resolution of the issue presented in the Related Refinery Cases. A fuller statement of the basis for this motion is as follows:

1. This case is one of 42 lawsuits filed in state court by multiple Louisiana coastal parishes, joined by the State of Louisiana, against nearly 200 oil and gas companies. Plaintiffs seek to require the companies to pay for the restoration of much of Louisiana's coast, a monumental undertaking that Plaintiffs have suggested could cost billions of dollars. The lawsuits allege that the companies violated the permitting requirements of Louisiana's State and Local Coastal Resources Management Act of 1978. Order and Reasons at 1, *Par. of Jefferson v. Equitable Petroleum Corp.*, No. 18-cv-5242 (E.D. La. Apr. 4, 2023), ECF No. 78. The Act exempts coastal use activities "legally commenced or established" before its 1980 effective date, La. Rev. Stat. § 49:214.34(C)(2), but Plaintiffs claim that the oil companies' activities before 1980—including those extending back for decades— were not lawfully commenced and therefore do not fall within the exemption. *See Equitable Petroleum Corp.*, *supra*, Order and Reasons at 2-3.

2. Invoking the federal-officer removal statute, 28 U.S.C. § 1442(a)(1), the companies removed the cases to federal court because expert discovery revealed that the allegedly unlawful pre-1980 activities include activities commenced or conducted during World War II—a period during which Removing Defendants contend that the nation's oil production was subject to the authority of the Petroleum

3

Administration for War, a war-time agency created by the President to ensure that the government had adequate oil supplies to successfully prosecute the war.

3. *Parish of Cameron v. Auster Oil and Gas*, No. 2:18-cv-677, in the Western District of Louisiana and *Parish of Plaquemines v. Riverwood Production Co.*, No. 2:18-CV-5217, in the Eastern District of Louisiana were selected as the lead cases for considering the parishes' motions to remand the 42 cases to state court. The district courts both granted the remand motions, and the defendants appealed. The appeals were consolidated, and this Court remanded the cases to their respective district courts to determine whether federal-officer jurisdiction exists with the benefit of *Latiolais v. Huntington Ingalls, Inc.*, 951 F.3d 286 (5th Cir. 2020) (en banc), in which the en banc Court had recently modified circuit precedent on federal-officer removal. *See Par. of Plaquemines v. Chevron USA, Inc.*, 7 F.4th 362, 365 (5th Cir. 2021) ("*Plaquemines I*").

4. On remand, the District Court for the Eastern District of Louisiana held that federal-officer jurisdiction is lacking in the Plaquemines Parish case, and ordered the case remanded to state court. *Par. of Plaquemines v. Riverwood Prod. Co.*, No. CV 18-5217, 2022 WL 101401 (E.D. La. Jan. 11, 2022). That order was stayed while the defendants again appealed. Thereafter, this Court affirmed in an unpublished opinion. *Plaquemines Par. v. Chevron USA, Inc.*, No. 22-30055, 2022 WL 9914869 (5th Cir. Oct. 17, 2022) (per curiam) (unpublished) ("*Plaquemines II*"), *cert. denied*,

No. 22-715, 2023 WL 2227757 (U.S. Feb. 27, 2023). This Court held that the defendants were "simply *complying* with the law" or "cooperat[ing]" with the Petroleum Administration for War, and that is not sufficient to make them "acting under" federal officials within the meaning of 28 U.S.C. § 1442(a)(1) and *Watson v. Phillip Morris Cos.*, 551 U.S. 142 (2007). *Plaquemines II*, 2022 WL 9914869, at *3. This Court also held that although the defendants supplied oil to refineries that made aviation gasoline and other petroleum products for the government, they were not government subcontractors that could invoke federal-officer jurisdiction. *Id.*

5. This Court stated, however, that a "refiner[y], who had federal contracts and acted pursuant to those contracts, can likely remove under § 1442." *Id.* at *4 (cleaned up) (quoting *Riverwood*, 2022 WL 101401, at *7). Removing Defendants believe they fall within that situation in this case and in ten Related Refinery Cases because predecessors of Removing Defendants—specifically, The Texas Company, Gulf Oil Corporation, and Tide Water Associated Oil Company—were *both* crude-oil producers and refiners with federal contracts to produce war products for the government during WWII.

6. Specifically, predecessors of a Removing Defendant in this case produced crude oil in the operational areas at issue in ten Related Refinery Cases and sent the oil to their own refineries to fulfill their government contracts. The Removing Defendants therefore have argued that federal-officer jurisdiction exists in the

5

Related Refinery Cases because they were "refiner[s], who had federal contracts and acted pursuant to those contracts." *Id.* (quoting *Riverwood*, 2022 WL 101401, at *7).

7. Further, the Removing Defendants have argued that federal-officer jurisdiction exists *in this case* because Plaintiffs have alleged that the Removing Defendants' predecessors' crude oil production in the operational areas in the Related Refinery Cases caused their injuries in the operational area at issue here. The District Court disagreed with this argument, and Removing Defendants have appealed. *See Equitable Petroleum Corp.*, *supra*, Order and Reasons at 6-7. The appeal was docketed in this Court on April 13, 2023. Defendants-Appellants' brief in this Court is due on May 31, 2023.

8. As the foregoing shows, the question of federal-officer jurisdiction presented by this appeal may depend on the resolution of the question of whether federal-officer jurisdiction exists in the Related Refinery Cases. A final decision that federal-officer jurisdiction does *not* exist in the Related Refinery Cases will eliminate the need to resolve the question in cases, like this one, that are based on the premise that federal-officer jurisdiction exists in the Related Refinery Cases. Moreover, if the issue of jurisdiction in the Related Refinery Cases is instead finally resolved in Removing Defendants' favor, the analysis and reasons for that decision will have a significant effect on the arguments that will be made in this case and the others like it. Considering these circumstances, it will preserve the resources of this

Court and of the parties to stay the briefing of this appeal pending final resolution of the jurisdictional issue presented in the Related Refinery Cases.

## CONCLUSION

For the foregoing reasons, briefing of this appeal should be stayed, and a briefing schedule should be set after the final resolution of the issue of federal-officer jurisdiction in a Related Refinery Case.


Date: April 26, 2023                    Respectfully submitted,

                                        /s/ Peter D. Keisler

                                        PETER D. KEISLER
                                           Counsel of Record
                                        RYAN C. MORRIS
                                        JENNIFER J. CLARK
                                        SIDLEY AUSTIN LLP
                                        1501 K Street, NW
                                        Washington, DC 20005
                                        Telephone: (202) 736-8000
                                        Facsimile: (202) 736-8011

                                        ALEXANDRA WHITE
                                        ERIC J. MAYER
                                        SUSMAN GODFREY L.L.P.
                                        1000 Louisiana Street, Suite 5100
                                        Houston, Texas 77002

                                        CHARLES S. MCCOWAN III
                                        PAMELA R. MASCARI
                                        KEAN MILLER LLP
                                        II City Plaza
                                        400 Convention St., Suite 700
                                        Post Office Box 3513 (70821)
                                        Baton Rouge, Louisiana 70802

7

MICHAEL R. PHILLIPS
CLAIRE E. JUNEAU
KEAN MILLER LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112

***Counsel for Chevron U.S.A., Inc.,
Chevron U.S.A. Holdings, Inc., The
Texas Company, Chevron Pipe Line
Company, and Union Oil Company of
California***

ROBERT B. MCNEAL
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, LA 70139

MICHAEL P. CASH
LISKOW & LEWIS
First City Tower
1001 Fannin St.
Houston, Texas 77002-6756

JAMIE D. RHYMES
LISKOW & LEWIS
1200 Camelia Blvd. Suite 300
Lafayette, Louisiana 70508

MARTIN A. STERN
GLEN M. PILIE
JEFFREY E. RICHARDSON
ALEXANDRA LAMB
ADAMS AND REESE LLP
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139

***Counsel for Exxon Mobil Corporation***

DEBORAH D. KUCHLER
MICHELE HALE DESHAZO
KUCHLER POLK WEINER LLC
1615 Poydras Street, Suite 1300
New Orleans, LA 70112

***Counsel for The Louisiana Land and
Exploration Company LLC***

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type volume limitation of Fed. R. App. P. Rule 27(d)(2) because it contains 1,559 words. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Times New Roman 14-point font using Microsoft Word.

April 26, 2023

<u>/s/ Peter D. Keisler</u>
Peter D. Keisler

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

April 26, 2023

/s/ Peter D. Keisler
Peter D. Keisler